UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRTUAL ARCHITECTURE LTD., )  Case No.: 08cv5866
                           )
            Plaintiff      )
                           )  **NOTICE OF APPEARANCE**
        v.                 )
                           )
JAY H. RICK and RICK STEINER FELL & )
BENOWITZ LLP,              )
                           )
            Defendants.    )

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney is of the law offices of Gordon & Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel for Defendants in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers being electronically served upon:

> Christopher B. Block (452061)
> CBlock@gordonrees.com
> *Attorneys for Defendants*
> JAY H. RICK and
> RICK STEINER FELL & BENOWITZ LLP,
> 90 Broad Street, 23rd Floor
> New York, New York  10004

Dated:   New York, New York
         August 14, 2008

                            Respectfully submitted,

                            GORDON & REES, LLP

                            By: _____
                            CHRISTOPHER BLOCK, ESQ.(452061)
                            *Attorneys for Defendants*
                            JAY H. RICK and RICK STEINER
                            FELL & BENOWITZ LLP,
                            90 Broad Street
                            New York, New York  10004
                            (212) 269-5500