UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- )
VIRTUAL ARCHITECTURE LTD.,                                  )   Case No.: 08cv5866
                                                            )
                              Plaintiff                     )
                                                            )   **NOTICE OF APPEARANCE**
       v.                                                   )
                                                            )
JAY H. RICK and RICK STEINER FELL &                         )
BENOWITZ LLP,                                               )
                                                            )
                              Defendants.                   )
----------------------------------------------------------- )

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorneys are of the law offices of Gordon & Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel for Defendants in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers being electronically served upon:

>   MATTHEW J. KOSTER (MK 3080)
>   mkoster@gordonrees.com
>   *Attorneys for Defendants*
>   JAY H. RICK and
>   RICK STEINER FELL & BENOWITZ LLP,
>   90 Broad Street, 23rd Floor
>   New York, New York  10004

Dated:      New York, New York
            August 14, 2008

                                    Respectfully submitted,

                                    GORDON & REES, LLP

                                    By: _____
                                        MATTHEW J. KOSTER, ESQ.(MK 3080)
                                        *Attorneys for Defendants*
                                        JAY H. RICK and RICK STEINER
                                        FELL & BENOWITZ LLP,
                                        90 Broad Street
                                        New York, New York  10004
                                        (212) 269-5500