Aug-12-2008 05:07 PM Nicholas J Damadeo, PC 6312717411

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRTUAL ARCHITECTURE LTD.,

        Plaintiff,

  v.

JAY H. RICK and RICK STEINER FELL &
BENOWITZ LLP

        Defendants.

Civil Action No. 08-CV-5866 (SHS)

**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER,
MOVE OR OTHERWISE REPLY**

---

IT IS HEREBY STIPULATED, by the undersigned attorneys that the time for defendant, Jay H. Rick and Rick Steiner Fell & Benowitz, to answer, move or otherwise response, to the verified complaint in this action, be and the same hereby is extended to and including the 15th day of September, 2008.

For purposes of this Stipulation, a facsimile copy of signatures shall be as effective as the original.

Dated: August 12, 2008

NICHOLAS J. DAMADEO, P.C.

By: _____
Nicholas J. Damadeo, Esq. (ND6752)
Attorneys for Plaintiff
27 West Neck Road
Huntington, NY 11743
(631) 271-7400

GORDON & REES LLP

By: _____
Christopher B. Block, Esq.
Attorneys for Defendant
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500

SO ORDERED: 8/14/08

_____
U.S.D.J.